IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC HARPER,

    Petitioner,   No. CIV S-09-0400 EFB P

    vs.

T. FELKER, et al.,   ORDER AND FINDINGS AND RECOMMENDATIONS

    Respondents.

_____/

    Petitioner is a state prisoner proceeding without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

    On May 12, 2009, the court found that petitioner had failed to pay the filing fee required by 28 U.S.C. § 1914(a) or a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). Petitioner was granted thirty days in which to pay the filing fee or file an application to proceed *in forma pauperis* and was warned plaintiff that failure to comply would result in a recommendation that this action be dismissed.

    The 30-day period has expired and petitioner has not paid the filing fee, filed a completed *in forma pauperis* application or complaint, or otherwise responded to the court's order.

////

Accordingly, it is hereby ORDERED that the Clerk shall randomly assign a United States District Judge to this case; and

It is hereby RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 17, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE